TODD BLANCHE
Acting Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264

VIRGINIA T. TOMOVA
Assistant United States Attorney
Nevada Bar No. 12504
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Virginia.Tomova@usdoj.gov

*Attorneys for the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

Ryan Leo Soehalim, *et al.*,

Plaintiffs,

v.

United States of America,

Defendant.

Case No. 2:26-cv-01092-GMN-MDC

**Stipulation and Order for Extension of Time for the United States of America to Respond to Plaintiff's Complaint (ECF No. 1)**

**FIRST REQUEST**

Plaintiffs Ryan Soehalim, Ronald Gray, and Renato Mangalino, and Federal Defendant United States of America, through their respective undersigned counsel, hereby stipulate and jointly request that the court extend the due date for the United States' response to the Complaint to and including **September 28, 2026**. This is the first request for an extension of time for the United States to respond to Plaintiff's complaint. This request for an extension is sought in good faith and not for purposes of undue delay.

Plaintiff filed the Complaint on April 8, 2026. On or about May 29, 2026, Plaintiff served the summons and complaint onto the United States. The United States' current deadline to file a response is July 28, 2026. Undersigned counsel for Plaintiff and the United States conferred regarding this case and the timing for a response, and Plaintiff has agreed to extend the deadline for the United States to respond to the complaint to September 28, 2026. Accordingly, the parties agree to and request that the Court grant an

extension of the due date for the United States to respond, up to and including **September 28, 2026**.

Respectfully submitted this 27th day of July 2026.

ER INJURY ATTORNEYS

*/s/ Justin G. Randall*
JUSTIN G. RANDALL
81700 S. Pavilion Center Drive, Ste. 530
Las Vegas, NV 89135
*Attorney for Plaintiff*

SIGAL CHATTAH
First Assistant United States Attorney

*/s/ Virginia T. Tomova*
VIRGINIA T. TOMOVA
Assistant United States Attorney

*Attorneys for the United States*

**IT IS SO ORDERED:**

______________________________
**U.S. DISTRICT / MAGISTRATE JUDGE**

**DATED:** 7-31-26